UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIMBERLY E. BROWN,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 3:15-cv-01256-RJB-KLS

ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   the Court adopts the Report and Recommendation;

(2)   the ALJ erred in her decision as described in the Report and Recommendation; and

(3)   the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings. The administrative proceedings shall at a minimum assess: (1) Plaintiff's credibility as to the appropriate level of medical and psychological treatment after Jan. 2004; and (2) the length of time that Plaintiff can sit or stand at one time. AR 718-721. *See* SSR 96-9p.

DATED this 10th day of June, 2016.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1